# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RAYMUNDO PALERMO-HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>A. NEIL CLARK, Field Office Director,<br>U.S. Immigration and Customs Enforcement,<br><br>Respondent. | CASE NO. C09-734-RSM-MAT<br><br>ORDER GRANTING TEMPORARY STAY OF REMOVAL |

On May 27, 2009, petitioner, proceeding through counsel, filed a Petition for Writ of Habeas Corpus and Motion for Stay of Removal (Emergency), challenging the reinstatement of a prior order of removal. (Dkt. 1). The same day, the Court entered a temporary stay of removal and directed respondent to file a response to petitioner's request for stay. (Dkt. 3). Respondent has replied that he has no objection to a stay of removal pending a decision on the merits of the habeas petition. (Dkt. 4). Accordingly, the Court does hereby ORDER:

(1) Petitioner's removal is STAYED pending the resolution of the habeas corpus action in this Court. The Court expresses no views at this time as to the merits of petitioner's habeas petition.

ORDER GRANTING TEMPORARY STAY OF REMOVAL

(2) The Clerk shall direct a copy of this Order to the parties, and shall forward a copy of this Order to Judge Theiler.

DATED this 25th day of June, 2009.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Recommended for Entry
this 23rd of June, 2009.

s/ Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING TEMPORARY STAY OF REMOVAL